

# United States District Court
# Eastern District of California

**Plaintiff(s):** Brandie Wood, et al.

**Case Number:** 2:25-cv-02708-DMC

V.

**Defendant(s):** Redding School of the Arts, et al.

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Carly Cerak** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Brandie Wood, individually and as the Next Friend of her minor child, P.W.

On **04/15/2022** (date), I was admitted to practice and presently in good standing in the **State of Minnesota in Supreme Court** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have  ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____
_____

Date: **09/22/2025**   Signature of Applicant: /s/ **Carly Cerak**

---

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Carly Cerak |
| Law Firm Name: | Thomas More Law Center |
| Address: | 24 Frank Lloyd Wright Drive |
| | P.O. Box 393 |
| City: | Ann Arbor    State: MI    Zip: 48106 |
| Phone Number w/Area Code: | (734) 827-2001 |
| City and State of Residence: | Ann Arbor, MI |
| Primary E-mail Address: | ccerak@thomasmore.org |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Thomas Greerty, Esq. |
| Law Firm Name: | |
| Address: | 115 Sheridan Ln. |
| City: | Martinez    State: CA    Zip: 94553-9799 |
| Phone Number w/Area Code: | (925) 370-8400    Bar #: 85616 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: OCT 15 2025

JUDGE, U.S. DISTRICT COURT

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

CARLY REBECCA CERAK

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

April 15, 2022

Given under my hand and seal of this court on

September 17, 2025

Emily J. Eschweiler, Director
Office of Lawyer Registration