

# United States District Court
# Eastern District of California

Plaintiff(s): Brandie Wood, et al.

Case Number: 2:25-cv-02708-DMC

V.

Defendant(s): Redding School of the Arts, et al.

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Richard Thompson hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Brandie Wood, individually and as the Next Friend of her minor child, P.W.

On 01/05/1965 (date), I was admitted to practice and presently in good standing in the The Supreme Court of the State of Michigan (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have  [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/22/2025

Signature of Applicant: /s/ Richard Thompson

**Pro Hac Vice Attorney**

Applicant's Name: Richard Thompson
Law Firm Name: Thomas More Law Center
Address: 24 Frank Lloyd Wright Drive
P.O. Box 393
City: Ann Arbor    State: MI    Zip: 48106
Phone Number w/Area Code: (734) 827-2001
City and State of Residence: Ann Arbor, MI
Primary E-mail Address: rthompson@thomasmore.org
Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Thomas Greerty, Esq.
Law Firm Name: _____
Address: 115 Sheridan Ln.

City: Martinez    State: CA    Zip: 94553-9799
Phone Number w/Area Code: (925) 370-8400    Bar #: 85616

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 15 Oct 2025

_____
JUDGE, U.S. DISTRICT COURT

## THE SUPREME COURT OF THE STATE OF MICHIGAN

I, Elizabeth Kingston-Miller, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

## RICHARD THOMPSON

was admitted to the practice of law in the courts of the State of Michigan on

## JANUARY 5, 1965

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: September 17, 2025

*Erin Kingston-Miller*

_____
Clerk

