# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDIE WOOD, individually and as the Next Friend of her minor child, P.W., <br><br> Plaintiffs, <br><br> vs. <br><br> REDDING SCHOOL OF THE ARTS; REDDING SCHOOL OF THE ARTS, INC.; LANE CARLSON, individually and in his official capacity; CAROL WAHL, individually and in her official capacity; SARAH SPASCHAK, individually and in her official capacity; DAVID SHERIDAN, individually and in his official capacity; and DOES 1-5, <br><br> Defendants. | CASE NO: 2:25-cv-02708-DMC <br><br> *Assigned to:* <br> *Hon. Dennis M. Cota - Courtroom 304* <br><br> *Complaint filed: 09/19/2025* <br><br> **ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> Complaint Served: November 10, 2025 (Lane Carlson, Carol Wahl and David Sheridan); November 12, 2025 (Redding School of the Arts); November 25, 2025 (Sarah Spaschak) <br><br> Current Response Date: December 1, 2025 (Lane Carlson, Carol Wahl & David Sheridan); December 3, 2025 (Redding School of Arts); December 16, 2025 (Sarah Spaschak) <br><br> New Response Date: December 29, 2025 |

1  Good cause appearing, the Court extends the time for Defendants Redding
2 School of the Arts, a California nonprofit public benefit corporation, served on behalf
3 of itself, and erroneously as Redding School of the Arts, Inc., Lane Carlson, Carol
4 Wahl, David Sheridan and Sarah Spaschak to respond to Plaintiffs' complaint by 28
5 days.

6  Their response to plaintiffs' complaint shall be due December 29, 2025.

8 Dated:  December 4, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE