1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| BRANDIE WOOD, et al., | No.  2:25-CV-2708-DMC |
| Plaintiffs, | |
| v. | ORDER |
| REDDING SCHOOL OF THE ARTS, et al., | |
| Defendants. | |

18         Plaintiff, who is proceeding with retained counsel, brings this civil action.  This

19 action was filed on September 19, 2025.  See ECF No. 1.  Pursuant to Appendix A to the Court's

20 local rules, this matter has not been assigned to a District Judge.  On September 19, 2025, the

21 Court issued an initial scheduling order for cases assigned to a Magistrate Judge only under

22 Appendix A.  See ECF No. 3.  In that order, the Court advised the parties of the availability of

23 consent to a Magistrate Judge for all purposes, including entry of final judgment, and directed the

24 parties to submit consent election forms within 90 days after the date the action was filed.  See id.

25 at 1-2.  The order further provided: "Because a consent designation assists the court in

26 determining how the action would be administratively processed, the parties are instructed to

27 make their election promptly and notify the Clerk of the Court as soon as practicable."  Id. at 1.

28 / / /

1

1    The parties were cautioned as follows:

2          . . .The parties are strongly encouraged to submit their consent forms
           before the filing of any motion, so the motion can be noticed before the
3          proper judge.  Failure to do so may result in the court vacating a hearing or
           declining to resolve the motion until all consent designations have been
4          submitted.

5          Id. at 2.

6          Here, before all parties had submitted a consent election form, Defendants filed a

7    motion to dismiss, which was noticed for hearing before the undersigned in Redding, California,

8    on February 18, 2026, at 10:00 a.m.  See ECF No. 11.  The motion was filed on December 29,

9    2025, and has not yet been fully briefed.  More than 90 days have passed since the action was

10   filed, and, to date, all parties have not appeared or informed the Court regarding consent to

11   proceed before a Magistrate Judge.  The Court will, therefore, consistent with the September 19,

12   2025, order, vacate the February 18, 2026, hearing.  Defendants' motion to dismiss will not be

13   resolved until such time as all parties have appeared and submitted their consent election forms.

14         Accordingly, IT IS HEREBY ORDERED as follows:

15         1.     The hearing set before the undersigned on February 18, 2026, is

16   VACATED.

17         2.     Defendants' pending motion to dismiss, ECF No. 11, will not be resolved

18   until such time as the parties all submit their consent election forms.

19         3.     Briefing on Defendant Castro's motion to dismiss is suspended until such

20   time as the matter may be re-set for hearing before the undersigned or before a District Judge

21   following submission of consent election forms by all parties.

22

23   Dated:  January 7, 2026

24                                        _____
                                          DENNIS M. COTA
25                                        UNITED STATES MAGISTRATE JUDGE

26

27

28

2