Thomas Greerty, Esq. (California Bar No. 85616)
115 Sheridan Lane
Martinez, CA 94553-9799
Tel: (925) 370- 8400
tgreerty@aol.com

Carly Cerak, Esq. *PHV* (Minnesota State Bar No. 0403103)
Richard Thompson, Esq. *PHV* (Michigan Bar No. P21410)
THOMAS MORE LAW CENTER
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, Michigan 48106
Tel: (734) 827-2001
ccerak@thomasmore.org
rthompson@thomasmore.org

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDIE WOOD, individually and as the Next Friend of her minor child, P.W., <br><br> Plaintiffs, <br><br> v. <br><br> REDDING SCHOOL OF THE ARTS; REDDING SCHOOL OF THE ARTS, INC.; LANE CARLSON, individually and in his official capacity; CAROL WAHL, individually and in her official capacity; SARAH SPASCHAK, individually and in her official capacity; DAVID SHERIDAN, individually and in his official capacity; and DOES 1 - 5 <br><br> Defendants. | Case No. 2:25-cv-02708-DMC <br><br><br> **ORDER APPOINTING BRANDIE WOOD AS GUARDIAN AD LITEM OF MINOR PLAINTIFF, P.W.** |

The Court having considered the Motion for Appointment of Guardian ad Litem filed by Brandie Wood, and good cause appearing, therefore,

**IT IS HEREBY ORDERED** that Brandie Wood is appointed Guardian ad Litem for P.W., a minor, for all purposes in this case.

Dated: January 9, 2026

_____
Troy L. Nunley
Chief United States District Judge

1